U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 28 2026

Kevin P. Weimer, Clerk
By _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2024R00115)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:**   Clayton

**DISTRICT COURT NO.**

**1:26-CR-0181**

MAGISTRATE CASE NO.

X Indictment
DATE: April 28, 2026

Information
DATE:

Magistrate's Complaint
DATE:

**UNITED STATES OF AMERICA**
**vs.**
**MICHAEL TIMMY LANDERS**

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

**Is the defendant in custody?**   X Yes   No
**Is the defendant in custody on this charge or other conviction?**   On another conviction
**Is the defendant awaiting trial on other charges?**   Yes   X No
        **Other charges:**
        **Name of institution:**

**Will the defendant require an interpreter?** Yes X No

District Judge:

Attorney:  Thomas Forsyth
Defense Attorney: