**SEALED**

U.S. Department of Justice
United States Attorney

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Michael Timmy Landers

**Agent to Arrest**

Indictment/Information

**1:26-CR-0181**

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

Thomas Forsyth
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 _____ .

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHAL
4/29/2026
BY: _____ DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94