FILED IN OPEN COURT
U.S.D.C. - Atlanta

MAY 21 2026

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

*v.*

MICHAEL TIMMY LANDERS

Criminal Action No.
1:26-cr-00181-UNA

**Government's Motion for Detention**

The United States of America, by counsel, Theodore S. Hertzberg, United States Attorney, and Thomas M. Forsyth, III, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

## 1. Eligibility of Case

This case is eligible for a detention order because this case involves:

- An offense having a maximum sentence of life imprisonment or death;
- A drug offense having a maximum term of imprisonment of 10 years or more;
- A serious risk that the defendant will flee.

## 2. Reason for Detention

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

## 3. Rebuttable Presumption

The United States will invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the

defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3). The presumption applies because there is probable cause to believe that the defendant committed:

- A drug offense having a maximum term of imprisonment of 10+ year drug offense.

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

**4. Time for Detention Hearing**

The United States requests the Court conduct the detention hearing after continuance of 3 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: May 21, 2026.

Respectfully submitted,

THEODORE S. HERTZBERG
United States Attorney

THOMAS M. FORSYTH, III
Assistant U.S. Attorney
Ga. Bar No. 884145

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181