

FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 28 2026

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

████████████████
██████████
██████████████████
██████████
███████████████
████████████████
█████████████████
████████████
█████████████
█████████████████████
███████████
█████████████
███████████ AND
MICHAEL TIMMY LANDERS

Criminal Indictment

No.

**1:26-CR-0181**

THE GRAND JURY CHARGES THAT:

### Count One
**(Conspiracy to Possess with Intent to Distribute Controlled Substances)**

Beginning on a date unknown, but at least as of on or about February 1, 2024, and continuing until at least on or about April 28, 2026, in the Northern District of Georgia and elsewhere, the defendants,

███████████████████
████████████████████████████
█████████████
██████████████████



MICHAEL TIMMY LANDERS,

did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other, and with others known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with intent to distribute controlled substances, said conspiracy involving:

- at least 50 grams of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), and

- at least 400 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A),

all in violation of Title 21, United States Code, Section 846.

### Count Two
### (Possession with Intent to Distribute a Controlled Substance)

On or about ▮▮▮▮▮▮▮▮▮▮, in the Northern District of Georgia and elsewhere, the defendant, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ aided and abetted by, and aiding and abetting, others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 50 grams of methamphetamine, a

2

Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**Count Three**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about ███████████, in the Northern District of Georgia and elsewhere, the defendant, █████████████████████████████ aided and abetted by, and aiding and abetting, others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 50 grams of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**Count Four**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about ███████████, in the Northern District of Georgia and elsewhere, the defendants,

████████████████████████████████
█████████████████████████████████

aided and abetted by, and aiding and abetting, each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 40 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-

3

phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Five
### (Possession with Intent to Distribute a Controlled Substance)

On or about ▮▮▮▮▮▮▮▮, in the Northern District of Georgia and elsewhere, the defendant, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ aided and abetted by, and aiding and abetting, others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 50 grams of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Six
### (Possession with Intent to Distribute a Controlled Substance)

On or about ▮▮▮▮▮▮▮, in the Northern District of Georgia and elsewhere, the defendants,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮,

aided and abetted by, and aiding and abetting, each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 100 grams of

4

a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Seven
### (Possession with Intent to Distribute Controlled Substances)

On or about ███████████, in the Northern District of Georgia and elsewhere, the defendants,

██████████████████████████████
██████████████████████████████
████████████████,

aided and abetted by, and aiding and abetting, each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute controlled substances, said act involving:

- at least 50 grams of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), and

- at least 40 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B),

all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

5

## Count Eight
### (Possession with Intent to Distribute a Controlled Substance)

Between on or about ▮▮▮▮▮▮▮▮, and on or about August 14, 2024, in the Northern District of Georgia and elsewhere, the defendant, ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ aided and abetted by, and aiding and abetting, others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 50 grams of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Nine
### (Possession with Intent to Distribute a Controlled Substance)

On or about ▮▮▮▮▮▮▮▮, in the Northern District of Georgia and elsewhere, the defendant, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ aided and abetted by, and aiding and abetting, others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 40 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Ten
### (Possession with Intent to Distribute a Controlled Substance)

On or about ████████████████, in the Northern District of Georgia and elsewhere, the defendant, ████████████████████████████ aided and abetted by, and aiding and abetting, others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 40 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Eleven
### (Possession with Intent to Distribute a Controlled Substance)

On or about ████████████, in the Northern District of Georgia and elsewhere, the defendants,

aided and abetted by, and aiding and abetting, each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 40 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled

7

substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**Count Twelve**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about ▮▮▮▮▮▮▮▮▮▮, in the Northern District of Georgia and elsewhere, the defendants,



aided and abetted by, and aiding and abetting, each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 50 grams of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

///

## Count Thirteen
### (Possession with Intent to Distribute a Controlled Substance)

On or about ▮▮▮▮▮▮▮▮▮▮▮, in the Northern District of Georgia, the defendants,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮

aided and abetted by, and aiding and abetting, each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Fourteen
### (Possession with Intent to Distribute a Controlled Substance)

On or about ▮▮▮▮▮▮▮▮▮, in the Northern District of Georgia and elsewhere, the defendant, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ aided and abetted by, and aiding and abetting, others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 40 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Fifteen
### (Possession with Intent to Distribute a Controlled Substance)

Between on or about ████████████████████████, in the Northern District of Georgia and elsewhere, the defendants,



aided and abetted by, and aiding and abetting, each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 50 grams of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Sixteen
### (Possession with Intent to Distribute a Controlled Substance)

On or about ██████████, in the Northern District of Georgia and elsewhere, the defendant, ████████████████████ aided and abetted by, and aiding and abetting, others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 50 grams of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Seventeen
### (Possession with Intent to Distribute a Controlled Substance)

On or about June 11, 2025, in the Northern District of Georgia and elsewhere, the defendants,

███████████████████████████████████████████

████████████████████████ AND
MICHAEL TIMMY LANDERS,

aided and abetted by, and aiding and abetting, each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Eighteen
### (Possession with Intent to Distribute a Controlled Substance)

On or about ████████, in the Northern District of Georgia and elsewhere, the defendant, ████████████████, aided and abetted by, and aiding and abetting, others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 50 grams of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

11

## Prior Conviction Notice



## Prior Conviction Notice

Before the defendant, MICHAEL TIMMY LANDERS, committed the offenses alleged in Counts One and Seventeen of this Indictment, MICHAEL TIMMY LANDERS was convicted of the following serious drug felony for which he served more than 12 months of imprisonment and was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offenses: Trafficking Methamphetamine or Amphetamine, convicted on or

about April 21, 2023, in the Superior Court of Paulding County, Georgia, case number 19CR0561-P3.

## Forfeiture Provision

Upon conviction of one or more of the offenses alleged in Counts One through Eighteen of this Indictment, the defendants,



, AND
MICHAEL TIMMY LANDERS,

shall forfeit to the United States of America, pursuant to Title 21, United States Code, Sections 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses, including but not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts One through Eighteen of this Indictment.

If any property subject to forfeiture, as a result of any act or omission of the defendant(s):

a) cannot be located upon the exercise of due diligence;

13

b) has been transferred or sold to, or deposited with, a third party;

c) has been placed beyond the jurisdiction of the Court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be divided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of the above forfeitable property.

A ___*True*___ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

THOMAS M. FORSYTH III
*Assistant United States Attorney*
Georgia Bar No. 884145

ERIC J. WHITE
*Assistant United States Attorney*
Georgia Bar No. 580963

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000

14